UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE HARTMAN,

  Plaintiff,       CIVIL ACTION NO. 06-13300

 v.           DISTRICT JUDGE JULIAN ABELE COOK JR.

COMMISSIONER OF      MAGISTRATE JUDGE VIRGINIA MORGAN
SOCIAL SECURITY,

  Defendant.
_____/

### REPORT AND RECOMMENDATION AWARDING ATTORNEY'S FEES

This matter is before the court on plaintiff's petition for attorney fees pursuant to the Equal Access to Justice Act filed March 1, 2007. Plaintiff's counsel requests an award of $2,835.00 in attorney's fees for time expended on the merits of this case. Defendant filed a response to the petition on April 5, 2007, stating that it has no objection to the fees requested.

Therefore, it is recommended that counsel be awarded $2,835.00 as attorney's fees in this matter.

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within ten (10) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of HHS, 932 F.2d 505, 508 (6th Cir. 1991); United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981). The filing of objections which raise some issues,

but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation. <u>Willis v. Secretary of HHS</u>, 931 F.2d 390, 401 (6th Cir. 1991); <u>Smith v. Detroit Fed'n of Teachers Local 231</u>, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge.

Within ten (10) days of service of any objecting party's timely filed objections, the opposing party may file a response. The response shall be no more than 20 pages in length unless, by motion and order, the page limit is extended by the court. The response shall address each issue contained within the objections specifically and in the same order raised.

s/Virginia M. Morgan<br>
Virginia M. Morgan<br>
United States Magistrate Judge

Dated: June 26, 2007

---

### PROOF OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System and/or U. S. Mail on June 26, 2007.

s/Jane Johnson<br>
Case Manager to<br>
Magistrate Judge Virginia M. Morgan