UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE HARTMAN,

    Plaintiff,

v.

                                                            Case number 06-13300

COMMISSIONER OF SOCIAL SECURITY,

                                                             Honorable Julian Abele Cook, Jr.

    Defendant.

## ORDER

On March 1, 2007, the Plaintiff, Bruce Hartman, filed a motion in which he requested an award of $2,835.00 in the form of attorney's fees for the time that his counsel expended on this case. The Defendant, Commissioner of Social Security, filed a response in which she expressed no opposition to Hartman's request for attorney fees. The matter was referred to Magistrate Judge Virginia Morgan, who recommended that Hartman's petition be granted. Neither party has submitted an objection to Magistrate Judge Virginia Morgan's report as of this date.

In its belief that Hartman's request is justified on the basis of the record, the Court will, and does, (1) adopt the recommendation of Magistrate Judge Virginia Morgan, and (2) grant his motion for attorney fees in the amount of $2,835.00.

    IT IS SO ORDERED.

Dated: August 6, 2007                           s/ Julian Abele Cook, Jr.
      Detroit, Michigan                     JULIAN ABELE COOK, JR.
                                               United States District Court Judge

Certificate of Service

      I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and I further certify that I mailed a copy to the non-ECF participant(s).

                                                   s/ Kay Alford
                                                   Courtroom Deputy Clerk